UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THOMAS OHLERICH and NICHOLAS BARTO,

                               Plaintiffs,

            -against-

UNDERSHERIFF JOHN W. DAVI, POLICE
OFFICER NICHOLAS PIERRO #33, POLICE
OFFICER KEVIN SWEET #53, SERGEANT
DEAN ROWE, LIEUTENANT JAMES DELANEY,

                               Defendants.
_____

**STIPULATION**
**DISCONTINUING ACTION**

Case No.: 1:15-cv-00923

(FJS/CFH)

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the

same hereby is discontinued, with prejudice and without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~May~~ June 22 , 2016

 

 

Dated: ~~May~~ July 20 , 2016

 

 

IT IS SO ORDERED:

_Frederick J. Scullin, Jr._
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  June 29, 2016
        Syracuse, NY

MURPHY, BURNS, BARBER & MURPHY, LLP

By_____
      Thomas K. Murphy, Esq.
      Bar Roll No.: 505396
      Attorneys for Defendants Davi, Pierro,
      Sweet, Rowe and Delaney
      226 Great Oaks Boulevard
      Albany, New York 12203

STOLL, GLICKMAN & BELLINA, LLP

By_____
      Leo Glickman, Esq.
      Bar Roll No. LG3644
      Attorney for Plaintiffs Thomas Ohlerich
      and Nicholas Barto
      475 Atlantic Avenue, 3rd Floor
      Brooklyn, New York 11217